IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GREGORY MILLER,
    Plaintiff,

vs.                              CASE NO.: 3:09cv277/RV/MD

D. ELLIS, et al.,
    Defendants.

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 15, 2009. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause is dismissed without prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

3. Plaintiff's motion for injunctive relief (doc. 4) is DENIED as moot.

DONE AND ORDERED this 29th day of July, 2009.

                                                /s/ _Roger Vinson_
                                              **ROGER VINSON**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**