**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

GREGORY MILLER

    VS                                      CASE NO. 3:09cv277/RV/MD

D. ELLIS, ET AL.

**REFERRAL AND ORDER**

Referred to Judge Vinson on       August 24, 2009
Type of Motion/Pleading: <u>MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS*</u>
and Motion for Certificate of Appealability
Filed by: <u>PLAINTIFF</u>       on <u>8/24/09</u>    Document 14 and 15

( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                      on            Doc.#
                                      on            Doc.#
                                      WILLIAM M. McCOOL, CLERK OF COURT

                                      <u>/s/ *Elizabeth Cooley*</u>
                                      Deputy Clerk: Elizabeth Cooley

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 25th day of August, 2009, that:

(a) The requested relief is DENIED.

(b) <u>This appeal is not taken in good faith and plaintiff is not otherwise entitled to so proceed. Excusing plaintiff's failure to properly report all civil cases upon his objection after judicial resources have been expended verifying the information provided would defeat the purpose of the reporting requirement on the complaint form.</u>

                                        <u>/s/ *Roger Vinson*</u>
                                        ROGER VINSON
                                        SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket:              By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.